UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER LAURITON, ) | 3:07-CV-0282-ECR (RAM) |
| ) | |
| Plaintiff, ) | REPORT AND RECOMMENDATION |
| ) | OF U.S. MAGISTRATE JUDGE |
| vs. ) | |
| ) | |
| TEDESCO CONSTRUCTION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This Report and Recommendation is made to the Honorable Edward C. Reed, Jr., Senior United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.

Plaintiff filed an Application to Proceed In Forma Pauperis (Doc. #1). In response to that Application and additional financial information (Doc. #6), the court on August 29, 2007, denied Plaintiff's Application to Proceed In Forma Pauperis and ordered Plaintiff to pay the full filing fee of $350.00 within thirty (30) days (Doc. #7).

In view of the Plaintiff's failure to comply with the court's order and pay the filing fee of $350.00, this case should be dismissed without prejudice.

RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order dismissing this action without prejudice.

/ / /

/ / /

/ / /

The parties should be aware of the following:

1. That they may file, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, specific written objections to this Report and Recommendation within ten (10) days of receipt. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1), Fed. R. Civ. P., should not be filed until entry of the District Court's judgment.

DATED: October 31, 2007.

_____
UNITED STATES MAGISTRATE JUDGE