```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                              COUNSEL/PARTIES OF RECORD

                           NOV 29 2007

UNITED STATES DISTRICT COURT   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA             DISTRICT OF NEVADA
       RENO, NEVADA           BY:_____ DEPUTY
```

CHRISTOPHER LAURITON,            )   3:07-CV-0282-ECR-RAM
                                 )
    Plaintiff,                   )   MINUTES OF THE COURT
                                 )
vs.                              )   DATE: NOVEMBER 29, 2007
                                 )
TEDESCO CONSTRUCTION,            )
                                 )
    Defendant.                   )
                                 )
_____)

PRESENT:    EDWARD C. REED, JR.                U. S. DISTRICT JUDGE

Deputy Clerk:  COLLEEN LARSEN         Reporter:   NONE APPEARING
Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On October 31, 2007, the Magistrate Judge filed a Report and Recommendation (#8) recommending that this action be dismissed without prejudice.

    No objections were timely filed.

    The Report and Recommendation (#8) is well taken and is **APPROVED** and **ADOPTED**.  **IT IS, THEREFORE, HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

    The Clerk shall enter judgment accordingly.

                                        LANCE S. WILSON, CLERK

                                        By      /s/
                                             Deputy Clerk